146 A.3d 466

**BONNETT, James Elias**

v.

**STATE of Maryland**

**No. 288, Sept.Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 193, Sept. Term, 2015).

Petition for writ of certiorari dismissed.

■

146 A.3d 466

**BURNETTE**

v.

**TUNSTALL**

**No. 258, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Opinion of the Court of Special Appeals unreported (No. 814, Sept. Term, 2015).

Petition for writ of certiorari denied.